■ US Bank National Association, Appellant, v Naomi Singer et al., Respondents, et al., Defendants. [42 NYS3d 848]—In an action to foreclose a mortgage, the plaintiff appeals from so much of an order of the Supreme Court, Kings County (Graham, J.), dated May 13, 2014, as, upon reargument, adhered to the original determination in an order of the same court dated October 4, 2012, denying that branch of its motion which was for an order of reference.

Ordered that the appeal is dismissed as academic, without costs or disbursements, in light of our determination on the companion appeal (see *US Bank N.A. v Singer*, 145 AD3d 1057 [2016] [decided herewith]). Dillon, J.P., Dickerson, Maltese and Duffy, JJ., concur.